| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 19636 | **DATE** 05/4/2022 |
|---|---|---|---|---|
| **NAME** VAUGHN, Barry Marcell | **OFFICER** Jennifer E. Paskiewicz | | **JUDGE** Judith E. Levy | **DOCKET #** 21-CR-20191-01 |

| **ORIGINAL SENTENCE DATE** 02/10/2011 **COMMENCED** 01/22/2021 **EXPIRATION** 01/21/2026 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** VI | **TOTAL OFFENSE LEVEL** 34 | **PHOTO** |
|---|---|---|---|---|
| **ASST. U.S. ATTORNEY** Timothy McDonald | **DEFENSE ATTORNEY** To Be Determined | | | |

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 2:  21 U.S.C. § 841(a)(1), Distribution of a Quantity of Oxycodone

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a total term of 188 months, to be followed by a five-year term of supervised release.

Name of Sentencing Judicial Officer:  Honorable Irene C. Berger, Southern District of West Virginia. Jurisdiction accepted by the Honorable Judith E. Levy on March 18, 2021.

Sentence Reduction:  January 13, 2021: Order Regarding Motion for Sentence Reduction, pursuant to 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13, custodial sentence was reduced to time served.  All other conditions of the original judgment remain in full force and effect.

**ORIGINAL SPECIAL CONDITIONS**

1. As part of the sentence, the defendant has been ordered to pay a $100 special assessment.  If not paid immediately or during the defendant's term of incarceration, the payment of the special assessment shall be a special condition of the defendant's supervised release.
2. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer, and shall provide the probation officer access to any requested financial information.
3. The defendant shall participate in a program of mental health treatment or grief counseling, as directed by the probation officer and approved by the Court, until such time as the defendant is released from the program by the probation officer as approved by the Court.

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 19636 | DATE 05/4/2022 |
|---|---|---|---|---|
| NAME VAUGHN, Barry Marcell | OFFICER Jennifer E. Paskiewicz | JUDGE Judith E. Levy | | DOCKET # 21-CR-20191-01 |

4. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon, and he shall reside in a residence free from such items.
5. The defendant shall participate, as directed by the probation officer and approved by the Court, in a program for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measure and may require residence or participation in a residential treatment facility, until such time the defendant is released form the program by the probation officer with the approval of the Court.

Criminal Monetary Penalty:  Special Assessment $100.00 (paid)

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br>According to information provided by the Assistant United States Attorney's Office in Detroit, Michigan, BARRY VAUGHN was involved in a drug trafficking organization (DTO) and was using several residences in Detroit, Michigan, to process, sell, and store controlled substances. The main "trap" house was located at 15360 Cruse Street. VAUGHN was observed at this location on a regular basis during the investigation meeting with other conspirators.  In addition, VAUGHN was observed at this residence on multiple occasions with bags, backpacks or clear plastic bags containing a white substance approximately the size of a softball.  Agents also observed VAUGHN engage in hand-to hand suspected drug transactions at this residence.  During a search warrant of 15360 Cruse, agents located 63 grams of suspected heroin, almost 600 grams of suspected cocaine, 1.4 kilograms of marijuana, two firearms and cash.  Also located was at least one pill bottle in VAUGHN's name. <br><br>VAUGHN also used a residence located at 13108 Maine Street, Detroit, Michigan, to distribute controlled substances.  Surveillance observed VAUGHN completing multiple hand-to-hand transactions in front of that location.  VAUGHN is also believed to have sold drugs to customers through the front porch window of the residence.  Agents searched this home on December 14, 2021, and seized drugs, drug paraphernalia and a handwritten recipe to make Xanax.  VAUGHN has also been intercepted on a wire talking with the leader of this conspiracy. <br><br>On February 8, 2022, BARRY VAUGHN was charged in Counts 1 and 13 of a sealed 22-count Indictment filed in the Eastern District of Michigan, under Case Number 22-CR-20059-07.  On February 23, 2022, the Indictment was unsealed.  Count 1 charged VAUGHN with Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.  Count 13 charged him with Possession with Intent to Distribute, in violation of 21 U.S.C. § 841.  The alleged criminal conduct occurred in or about October 2020 until at least |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 19636 | DATE 05/4/2022 |
|---|---|---|---|---|
| NAME VAUGHN, Barry Marcell | OFFICER Jennifer E. Paskiewicz | JUDGE Judith E. Levy | | DOCKET # 21-CR-20191-01 |

December 14, 2021. On March 22, 2022, VAUGHN appeared in United States District Court for his initial appearance and arraignment on the Indictment. VAUGHN was ordered detained and remanded to the custody of the United States Marshals Service.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Jennifer E. Paskiewicz/slg 313-234-5552 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Steven M. Ely 313-234-5583 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[X]   The issuance of a warrant

[ ]   Other

　　　　　　　　　　　　　　　　　　s/Judith E. Levy
　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　5/4/2022
　　　　　　　　　　　　　　　　　　Date